IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

IN RE:

WELDED CONSTRUCTION, L.P.,

    Debtor.

Case No. 18-12378 (KG)
(Pending D. Delaware)
Chapter 11

_____/

ZIEGLER, INC.,

    Plaintiff,

v.

WELDED CONSTRUCTION, L.P., and
COLUMBIA GAS TRANSMISSION, LLC,

    Defendants.

Civil Action No. 5:19-CV-258
Judge Bailey

## ORDER CLOSING CASE

Pursuant to plaintiff's Notice of Voluntary Dismissal [Doc. 10], filed September 25, 2019, all claims against the defendants are hereby **DISMISSED WITHOUT PREJUDICE**. Furthermore, the pending Motion to Dismiss **[Doc. 6]** is hereby **DENIED AS MOOT**. The Clerk is **DIRECTED** to **STRIKE** this action from the active docket of this Court. The parties are responsible for their own fees and costs incurred in relation to this action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

1

**DATED**: September 26, 2019.

/s/ John Preston Bailey
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE